37383. BEAZLEY et al. v. STATE BAR OF GEORGIA et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED APRIL 30, 1981 —
REHEARING DENIED MAY 19, 1981.

*Richard D. Phillips,* for appellants.
Bobby G. Beazley, *pro se.*
*Nall & Miller, James S. Owens, Jr., Robert L. Goldstucker,* for appellees.